

JUN 28 2024 PM3:45
FILED-USDC-NDTX-FW

FW 400003265

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

M. L. Warren TTEE of

THE SOVO TRUST FOUNDATION

            **Plaintiff(s)**

STEVEN LEWIS & c F #

HGREG LUX

            **Defendant(s)**

CASE NUMBER: **4-24CV-607-0**

## CIVIL COMPLAINT

1. **M. L. Warren TTEE of**

   **THE SOVO TRUST FOUNDATION**

   P.O. Box 122432

   Fort Worth, Texas 76121

   **STEVEN LEWIS &** of #

   **HGREG LUX**

   2500 W SAMPLE ROAD POMPANO BEACH, FL 33073

2. **Jurisdictional Plea**: **THE UNITED STATES DISTRICT COURT NORTHERN**

   **DISTRICT OF TEXAS** has jurisdiction over this matter pursuant to the Counties that are

   served by **THE UNITED STATES DISTRICT COURT FORT WORTH DIVISION**:

   "*Comanche, Erath, Hood, Jack, Palo Pinto, Parker, Tarrant, and Wise*" and the primary

   place of business of the Plaintiff is **TARRANT** county.

3. **Allegation:** The property, legally described as **a 2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601** is currently being advertised for sale by **HGREG LUX** on their website online at hgreglux.com. On APRIL 4, 2024 **THE SOVO TRUST FOUNDATION** sent Legal Tender in the amount of $221,996.00 to **HGREG LUX**, certified mail to secure the property, legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601.** On APRIL 10, 2024 at 10:45 am est I received a text from **STEVEN LEWIS** informing me that the payment was received by **HGREG LUX** and processed through the finance department. Once the finance department processed the payment, the bill of sale and title documents were forwarded to me for signature. I signed and returned all documents accepting ownership of the vehicle while making arrangements to have the vehicle picked up. The following day on April 11, 2024 **STEVEN LEWIS** sent me an email informing me that "**an outstanding balance of $14,073.63**" was due and that the vehicle "*would not be released to me until this balance of $14,073.63 for SALES TAX AND TAGS was paid in full.*" This was very covertly conspired and was intentionally withheld information until **AFTER** the completion of the transaction. According to TILA, creditors are required to provide clear and conspicuous disclosure of all costs and terms of credit to consumers upfront. The lack of full disclosure and the omissions of crucial information in this real property transaction align with deceptive practices as defined under the Federal Trade Commission Act, and under the provisions of 15 U.S.C 1679 (h) where Administrative enforcement by the Federal Trade Commission is a right of law to the Consumer.

4. On the buyer's purchase order agreement the sales tax bracket specifies N/A which is an abbreviation for "Not Applicable." The vehicle purchase price paid in cash *__according to the buyers purchase order__* is the **FULL SUM VALUE**. The total sales price was expressed by **STEVEN LEWIS himself in writing** as stated on the buyers purchase order agreement which clearly stated **$0 IS DUE ON DELIVERY**. I specifically asked **STEVEN LEWIS** if there were any outstanding balances due to complete the transaction and he stated NO. If this outstanding balance is valid, why didn't **STEVEN LEWIS** inform me in writing on the very same document that $14,073.63 for SALES TAX AND TAGS would be expected ON DELIVERY when I asked since he charged me $1299.00 for delivery of the vehicle? This deceptive tactic is being used to deny **THE SOVO TRUST FOUNDATION** right of possession to the property legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601.** The amount of the finance charge shall be determined as the sum of all charges & 15 U.S.C 1679 (g) establishes civil liability on persons who fail to comply with the provisions of the law. Because **STEVEN LEWIS & HGREG LUX** have denied the right of possession to the property legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601** using fraudulent deceptive means, **THE SOVO TRUST FOUNDATION** has placed a commercial lien on the property legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601** to secure performance of contractual obligations from **HGREG LUX**. Adding insult to injury HGREG LUX has refused to grant right of possession of the property, has refused to refund the payment they received and processed from THE SOVO TRUST FOUNDATION and lastly have reduced the sales price of the property online 3 times since the transaction implying they are attempting to resale the property to another Consumer even though THE SOVO TRUST FOUNDATION HAS ALREADY PAID FOR THE PROPERTY IN FULL.

5.   A UCC 1 commercial lien with the Secretary of the State of Texas and the Secretary of the

State of Florida has been placed on the property described as a **BLACK 2023 Cadillac**

**Escalade ESV VIN 1GYS4JKL9PR241601** to secure performance of contractual

obligations from **STEVEN LEWIS & HGREG LUX**. A warrant and order to seize the

vessel has been placed before this Court to enforce the lien placed upon the vessel.

Complaints have been duly filed with the **IRS**, the **SEC**, the **FTC** and the **Attorney General**

Consumer complaints division to assist in resolving this matter. A **Title & Right of**

**Possession Claim** has also been duly recorded and filed with the **UNITED STATES**

**DISTRICT COURT FORT WORTH DIVISION**. This adverse claim is for Administrative

Enforcement under the provisions of the Consumer Credit Protection Act title 15 USC

1679(h) and is to enforce and impose Civil Liability under the provisions of title 15 USC

1679(g). The actions of  **STEVEN LEWIS & HGREG LUX** against **THE SOVO TRUST**

**FOUNDATION** constitutes **BREACH OF CONTRACT, AUTO DEALER FRAUD FOR**

**PROFIT, GRAND THEFT & THEFT BY CONVERSION**.

6. I make this sworn testimony & claim to the best of my first hand knowledge under the penalty of perjury before this Court.

**Relief:** **THE SOVO TRUST FOUNDATION** seeks a judicial determination with the **U.S. District Court Northern District Fort Worth Division** that **STEVEN LEWIS & HGREG LUX** have no right, title, lien, or interest in the property adverse to Plaintiff and that Plaintiff's title and right of possession to the property is valid and free of any such claims. Legal fees and damages assessed by the Court.

M. L. Warren TTEE  6/26/2024

**M. L. Warren TTEE**                    **DATE**

**THE SOVO TRUST FOUNDATION**

P.O. Box 122432

Fort Worth, Texas 76121

sovoprivatization4you@gmail.com

313-878-5855

## <u>NOTICE OF LIS PENDENS</u>

**STATE OF TEXAS**

**COUNTY OF TARRANT**

      **NOTICE IS HEREBY GIVEN** that Cause No: _____ styled **M. L. WARREN TTEE of THE SOVO TRUST FOUNDATION** v. **STEVEN LEWIS & HGREG LUX** commenced in **THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS, FORT WORTH DIVISION** on JUNE 25, 2024 and is now pending in such court.

      THE ACTION INVOLVES THE TITLE, OWNERSHIP AND POSSESSION OF THE REAL PROPERTY described as:

**<u>BLACK 2023 CADILLAC ESCALADE ESV VIN #1GYS4JKL9PR241601</u>**

      THE ACTION IS FOR DECLARATORY JUDGMENT FOR TITLE AND RIGHT OF OWNERSHIP & POSSESSION.

Any transaction involving this real property is subject to the outcome of the pending litigation.

EXECUTED ON THIS 25TH DAY OF JUNE 2024

_M. L. W_____ TTEE_

SOVO TRUST FOUNDATION  TRUSTEE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

M. L. Warren TTEE of
THE SOVO TRUST FOUNDATION
         **Plaintiff(s)**

                                         **CASE NUMBER:**_____

STEVEN LEWIS &
HGREG LUX

         **Defendant(s)**

### NOTICE OF TITLE CLAIM & RIGHT OF POSSESSION

**COMES NOW** the Plaintiff, **M. L. WARREN TTEE** of **THE SOVO TRUST FOUNDATION**, and for cause of action against the Defendant(s) **STEVEN LEWIS & HGREG LUX**, alleges as follows:

1. **Parties**:

    1. Plaintiff, **THE SOVO TRUST FOUNDATION**, is the lawful owner of the property described as a **BLACK 2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601.**

    2. Defendant(s), **STEVEN LEWIS & HGREG LUX**, are individuals and or entities who claim or may claim some right, title, lien, or interest in the real property and title adverse to Plaintiff's title.

2. **Jurisdiction and Venue:**

    1. **THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS** has jurisdiction over this matter pursuant to Counties Served by the **UNITED STATES DISTRICT COURT WACO DIVISION:** "*Comanche, Erath, Hood, Jack, Palo Pinto,*

*Parker, **Tarrant**, and Wise*" and the primary place of business of the Plaintiff is TARRANT county.

3. **Property Description:** The property in question is described a **BLACK 2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601**

4. **Title of Plaintiff:** Plaintiff is the rightful owner of the property described a **BLACK 2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601** by virtue of agreement & purchase by payment in full sent to defendant on APRIL 4, 2024  (USPS TRACKING NUMBER 9589071052701313223824) and a title claim filed with **THE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF TEXAS**.

5. <u>**Claims of Defendants:**</u>
   1. Defendants claim or may claim an interest in the property adverse to Plaintiff's title and right of possession.
   2. Such claims constitute a cloud on Plaintiff's title and right of possession and are without any right, and Defendants have no right, title, lien, or interest in the property or any part thereof.

6. **Relief Sought:** Plaintiff seeks a judicial determination with **U.S. District Court Northern District Fort Worth Division** that Defendants have no right, title, lien, or interest in the property adverse to Plaintiff. Plaintiff's title and right of possession to the property post haste.

**WHEREFORE, Plaintiff declares for judgment as follows:**

1. A summary judgment that Plaintiff is the rightful owner of the property described herein, and that the title and right of possession of Plaintiff is valid and free of any claims by the Defendants.

2. An order requiring Defendants to release and relinquish all claims to the property and to remove any cloud on Plaintiff's title & an order to relinquish possession of the property to THE SOVO TRUST FOUNDATION.

3. An injunction permanently enjoining Defendants and all persons claiming under them from asserting any adverse claim to Plaintiff's title and right of possession.

4. Such other and further relief as the Court deems just and proper.

**JUNE 25, 2024**

Respectfully submitted,

_M. L. Warren_ TTEE    6/25/2024

**M. L. Warren TTEE**                   **DATE**

**THE SOVO TRUST FOUNDATION**

P.O. Box 122432

Fort Worth, Texas 76121

sovoprivatization4you@gmail.com

313-878-5855

UNITED STATES DISTRICT COURT NORTHERN  DISTRICT OF TEXAS FORT WORTH  DIVISION NOTICE OF TITLE CLAIM &
RIGHT OF POSSESSION

3 of 3

FROM: **THE SOVO TRUST FOUNDATION**
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

TO: **STEVEN LEWIS**
**HGREG LUX**
2500 W SAMPLE ROAD
POMPANO BEACH, FL 33073

APRIL 24, 2024

---

### AFFIDAVIT OF CLAIM AND LIEN

I, M.L. Warren , make this sworn statement & claim under the penalty of perjury in my official capacity as Fiduciary and Trustee of **THE SOVO TRUST FOUNDATION** , being of legal age and sound mind, and acting as a duly authorized representative & Trustee of **THE SOVO TRUST FOUNDATION** hereby submit this Affidavit of Claim and Commercial Lien under penalty of perjury pursuant to federal law.

**Parties:**
- Lien Claimant: **THE SOVO TRUST FOUNDATION** and its Trustees and Assignees.
- Lien Debtor: **STEVEN LEWIS  & HGREG LUX**.

**Claims of Right:**
- This is a claim against **STEVEN LEWIS, & HGREG LUX** for breach of contract, theft by conversion, regarding a secured transaction between **THE SOVO TRUST FOUNDATION AND HGREG LUX**.:
- The basis of this lien and claim of ownership by **THE SOVO TRUST FOUNDATION** is made upon tender of payment made to **HGREG LUX** in the amount of $221,996. (see attached), for possession and ownership of the property, legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601**

**Description of Property:**
- This lien is hereby placed upon the property legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601** to secure performance of contractual obligation and right of possession of  the property legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601 .**

**Nature of Possession:**
- To secure due performance of contractual obligations by **HGREG LUX,** and the right of possession and ownership by **THE SOVO TRUST FOUNDATION**, we have submitted complaints to  initiate administrative enforcement by the IRS, the SEC, the FTC and the Consumer complaints division of the Attorney General..

1

**Tender of Payment:**
- A tender of payment was made to **HGREG LUX** on APRIL 10, 2024  by **THE SOVO TRUST FOUNDATION** in the amount of $221,996 to secure and purchase a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601**
- 

**Settlement and Remedial Action:**
- Release of property legally described as a **2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601** with title free and clear of all encumbrances immediately.
- Upon satisfaction of the settlement terms, this lien shall be terminated.

**Public Notice:**
- This lien has been duly filed with the Secretary of the State of Texas public Registry Database, UCC file number 24-0029061418 – FLORIDA 202401108899
- Absent a mutually agreed-upon remedy within 24 hours, this lien and all associated investigative findings will be submitted online to the IRS, the Attorney General of Consumer Complaints, the Securities and Exchange Commission, and the Federal Trade Commission.

**Sworn Testimony:**
- Sworn statement & claim under the penalty of perjury: The Lien Holder executes this Notice of Lien certified and sworn on the Lien Holder's true, correct, and complete testimony, under penalty of perjury.

_____ TTEE  4/25/24

THE SOVO TRUST FOUNDATION TRUSTEE                              DATE

On April 25th 2024 M. L. Warren TTEE personally appeared  before me and proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument.

WITNESS my hand and official seal

_____                [NOTARY STAMP OR SEAL]

MARQUINTON MCCRAY
Notary Public, State of Texas
Comm. Expires 03-08-2028
Notary ID 134800517

2

FROM: **THE SOVO TRUST FOUNDATION**
P.O. Box 122432
Fort Worth, Texas 76121
sovoprivatization4you@gmail.com
443-713-0639

TO: **STEVEN LEWIS**
**HGREG LUX**
P.O.BOX 387 MCGREGOR, TEXAS 76657


Date: APRIL 24, 2024.


<u>NOTICE OF LIEN & RIGHT OF POSSESSION</u>

To: **STEVEN LEWIS HGREG LUX**

From: **THE SOVO TRUST FOUNDATION**


This notice is to inform you that **THE SOVO TRUST FOUNDATION** hereby places a commercial

lien on the property legally described as:


- 2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601


**THE SOVO TRUST FOUNDATION AND ITS TRUSTEES AND ASSIGNEES HAVE TAKEN LEGAL ACTION TO**
**SECURE DUE PERFORMANCE OF CONTRACTUAL OBLIGATIONS AND THE VEHICLE LEGALLY**
**DESCRIBED AS A 2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601, VIA ADMINISTRATIVE**
**ENFORCEMENT.**

_____ TTEE          4/25/24
THE SOVO TRUST FOUNDATION TRUSTEE                    DATE

On April 25, 2024 M. L. Warren TTEE personally appeared  before me and proved to me on t
satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrumen
WITNESS my hand and official seal

_____          (NOTARY STAMP OR SEAL)

MARQUINTON MCCRAY
Notary Public, State of Texas
Comm. Expires 03-08-2028
Notary ID 134800517

3

4/25/24, 9:18 PM
Welcome to the Florida Secured Transaction Registry
Case 0:24-cv-61311-AHS    Document 1    Entered on FLSD Docket 06/28/2024    Page 13 of 19




FLORIDA SECURED
TRANSACTION
REGISTRY

# Cart

## Payment Successful

Your payment was **SUCCESSFUL.**
Documents have been submitted to FLORIDA UCC. The documents will be recorded
after review. Once the documents are filed, you will receive an acknowledgment.

Remittance ID: 1579701
Filing date: 04/25/2024

<div style="text-align:center; background:#888; color:#fff; padding:10px;">Start New Filing</div>

### Florida UCC, LLC

⊙ 2002 Old St. Augustine Rd. Bldg. D Tallahassee, FL 32301

✉ help@floridaUCC.com

☎ 850.222.8526

🕓 8:00AM – 5:00PM EST weekdays excluding state holidays

### Custodian of Public Records

👤 Aaron Hall, Custodian of Public Records

⊙ 2002 Old St. Augustine Rd. Bldg. D Tallahassee, FL 32301

✉ help@floridaUCC.com

☎ 850.222.8526

### Partner with





3.2.0 Copyright © 2023 IMAGE API, LLC

Terms of Use    Privacy Policy

**STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM**

A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON
SOVO TTEE; 4437130639

B. Email SOVOPRIVATIZATION@PROTON.ME

C. SEND ACKNOWLEDGEMENT TO:
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

# FILED

2024 Apr 25 10:17 PM

********* 202401108899 *********

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME HGREGLUX | | | |
|---|---|---|---|
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One 2500 W SAMPLE ROAD | This space not available. | | |
| MAILING ADDRESS Line Two | CITY POMPANO BEACH | STATE | POSTAL CODE 33073 | COUNTRY OTC |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2.c MAILING ADDRESS Line One | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME THE SOVO TRUST FOUNDATION | | | |
|---|---|---|---|
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One 4700 PALENCIA DR | This space not available. | | |
| MAILING ADDRESS Line Two | CITY FORT WORTH | STATE TX | POSTAL CODE 76121 | COUNTRY USA |

**4. This FINANCING STATEMENT covers the following collateral:**

THIS COMMERCIAL LIEN IS HEREBY PLACED UPON THE PROPERTY LEGALLY DESCRIBED AS A 2023 CADILLAC ESCALADE ESV VIN 1GYS4JKL9PR241601 BY THE SOVO TRUST FOUNDATION TO SECURE PERFORMANCE OF CONTRACTUAL OBLIGATION BY STEVEN LEWIS AND HGREGLUX. TO SECURE RIGHT OF POSSESSION BY ADMINISTRATIVE ENFORCEMENT. THE BASIS OF THIS LIEN FINANCING STATEMENT AND CLAIM OF OWNERSHIP BY THE SOVO TRUST FOUNDATION IS MADE BASED UPON A TENDER OF PAYMENT MADE TO HGREGLUX IN THE AMOUNT OF $221,966.00 BY THE SOVO TRUST FOUNDATION FOR RIGHT OF POSSESSION AND OWNERSHIP OF THE PROPERTY LEGALLY DESCRIBED AS A 2023 CADILLAC ESCALADE ESV VIN 1GYS4JKL9PR241601. THE INSTRUMENT WAS MAILED CERTIFIED TO HGREGLUX AND WAS RECEIVED BY STEVEN LEWIS ON BEHALF OF HGREGLUX. THIS IS CONSTRUCTIVE NOTICE EFFECTIVE APRIL 10, 2024 THE SOVO TRUST FOUNDATION AND ITS TRUSTEES WILL HOLD EXCLUSIVE, CONTINOUS, INDEFINITE POSSESSION OF THE COLLATERALL DESCRIBED WITHIN THIS LIEN AND THUS ADMINISTRAIVE ENFORCEMENT WILL BE UTILIZED TO SECURE

| 5. ALTERNATE DESIGNATION (if applicable) | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR |
|---|---|---|---|
| | ☐ AG LIEN | ☐ NON-UCC FILING | ☑ SELLER/BUYER |

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK EXACTLY ONE BOX

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.

☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**

STANDARD FORM - FORM UCC-1 (REV 05/2013)          Filing Office Copy          Approved by the Secretary of State, State of Florida

# TEXAS SECRETARY of STATE
# JANE NELSON

### Original Filing

Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193



Jane Nelson
Secretary of State

Office of the Secretary of State

### Transaction Receipt

Session ID: 042524BM3019
Filing #: 240029061418
Document #: 1358675320002
April 25, 2024

You will be notified via email when your filing has been imaged. Thank you for allowing us to assist you with your request.

Congratulations!

You have successfully submitted a web filing or placed an order. Please make note of the document number above. You will be notified by email when documents or orders have been processed. Expected response times for the following are:

- Filings within 24 hours;
- Certificates as quick as 2 hours;
- Copies (certified or plain) within 3 business days.

If you are not in receipt of your notification within this timeframe, please contact us at UCC_Assist@sos.texas.gov or call (512) 475-2703 for assistance.

Thank you for allowing us to assist you with your request. To return to the Uniform Commercial Code menu, please click here.

---

Instructions:
- INSTRUCTIONS NEED WRITTEN.



Uniform Commercial Code
P.O. Box 13193
Austin, Texas 78711-3193

Jane Nelson
Secretary of State

## Office of the Secretary of State

April 25, 2024
Page 1 of 1

THE SOVO TRUST FOUNDATION

Filing Fee:          $60.00

**Total Filing Fee:**      **$60.00**

PO BOX 122432
Fort Worth, TX 76121 -

Re: **Texas UCC Initial Filing Acknowledgment**

The Texas Secretary of State's Office has received and filed your document. The information below reflects the data that was indexed into our system.

Initial Filing Type: **Public-Finance Transaction**

Initial Filing Number: **24-0029061418**      Filing Date: **04/25/2024**      Filing Time: **9:35 p.m.**

Lapse Date: **04/27/2054**      Document Number: **1358675320002**

| Party Type | Party Name and Address |
|---|---|
| Debtor | **HGREGLUX** |
| | **2500 W SAMPLE ROAD, POMPANO BEACH, FL, USA, 33073** |
| Secured Party | **THE SOVO TRUST FOUNDATION** |
| | **4700 PALENCIA DR, FORT WORTH, TX, USA, 76121-76121** |

Please feel free to contact us at 512-475-2703 if you have any questions regarding the above information.

User ID: WEBSUBSCRIBER

FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT SUBMITTER (optional) |
| THE SOVO TRUST FOUNDATION 4437130639 |

| B. E-MAIL CONTACT AT SUBMITTER (optional) |

| C. SEND ACKNOWLEDGMENT TO: (Name and Address) |
| THE SOVO TRUST FOUNDATION<br>PO BOX 122432<br>Fort Worth, TX 76121<br>USA |

SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

**FILING NUMBER:** 24-0029061418
**FILING DATE:** 04/25/2024     09:35 PM
**DOCUMENT NUMBER:** 1358675320002
**FILED: Texas Secretary of State**
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | |
| **HGREGLUX** | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **2500 W SAMPLE ROAD** | **POMPANO BEACH** | **FL** | **33073** | **USA** |

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | |
| | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
| **THE SOVO TRUST FOUNDATION** | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **4700 PALENCIA DR** | **FORT WORTH** | **TX** | **76121-76121** | **USA** |

4. COLLATERAL: This financing statement covers the following collateral:
THIS COMMERCIAL LIEN IS HEREBY PLACED UPON THE PROPERTY LEGALLY DESCRIBED AS A
2023 Cadillac Escalade ESV VIN 1GYS4JKL9PR241601 BY THE SOVO TRUST FOUNDATION TO
SECURE PERFORMANCE OF CONTRACTUAL OBLIGATION BY STEVEN LEWIS AND HGREGLUX. TO
SECURE THE RIGHT OF POSSESSION AND OWNERSHIP BY ADMINISTRATIVE ENFORCEMENT. THE
BASIS OF THIS LIEN/FINANCING STATEMENT AND CLAIM OF OWNERSHIP BY THE SOVO TRUST
FOUNDATION IS MADE BASED UPON A TENDER OF PAYMENT MADE TO HGREGLUX IN THE AMOUNT
OF $221,966.00 BY THE SOVO TRUST FOUNDATION FOR POSSESSION OF THE DESCRIBED
COLLATERAL IN THIS FINACING STATEMENT. THE INSTRUMENT WAS MAILED CERTIFIED TO
HGREGLUX AND WAS RECEIVED AND ACCEPTED FOR VALUE BY STEVEN LEWIS ON BEHALF OF
HGEGLUX. THIS IS CONSTRUCTIVE NOTICE EFFECTIVE APRIL 10, 2024 THE SOVO TRUST
FOUNDATION AND ITS TRUSTEES WILL HOLD EXCLUSIVE, CONTINOUS, RIGHT OF OWNERSHIP,
CONTROL AND POSSESSION OF THE PROPERTY LEGALLY DESCRIBED AS A 2023 Cadillac
Escalade ESV VIN 1GYS4JKL9PR241601 TO SECURE PERFORMANCE OF CONTRACTUAL
OBLIGATIONS BY STEVEN LEWIS AND HGREGLUX.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box. |
| ☑ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☑ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY



JUN 28 2024 PM3:57
RECEIVED-USDC-NDTX-FW

**Attachment 7 - Civil Cover Sheet & Instructions**

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS M.L. WARREN TTEE | DEFENDANTS STEVEN LEWIS AND |
|---|---|
| THE SOVO TRUST FOUNDATION | HGREGLUX |

**(b)** County of Residence of First Listed Plaintiff McLENNAN
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant BROWARD
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)* M.L. WARREN TTEE PROSE
3218 CANNAN CHURCH ROAD
CRAWFORD TEXAS

Attorneys *(If Known)* UNKNOWN

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
*(U.S. Government Not a Party)*

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury Product Liability | | PROPERTY RIGHTS | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☒ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | ☐ 791 Employee Retirement Income Security Act | FEDERAL TAX SUITS | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☒ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from
Another District
*(specify)*

☐ 6  Multidistrict
Litigation -
Transfer

☐ 8  Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1679g - 15 USC 1679h

Brief description of cause:
BREACH OF CONTRACT - GRAND Theft - Auto Dealer FRAUD - THEFT BY CONVERSION

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $ 250 K

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
NONE
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Rev. Ed. October 26, 2017**

45