JUN 28 2024 PM3:45
FILED-USDC-NDTX-FW

| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF TEXAS |

M. L. Warren TTEE of
THE SOVO TRUST FOUNDATION

                        Plaintiff(s)

CIVIL ACTION: 4-24CV-607-O

STEVEN LEWIS &
HGREG LUX

                        Defendant(s)

### WARRANT TO SEIZE A VESSEL

TO: **The United States Marshal for the Northern District of Texas**

    You are commanded immediately to arrest the M.V. "**BLACK 2023 CADILLAC ESCALADE ESV VIN # 1GYS4JKL9PR241601**, her equipment and appearances, and to serve a copy of the complaint and this warrant on the person in possession of the vessel or his agent, and promptly to return this writ.

### CLERK OF COURT

Dated: _____   By: _____
                                                                             **Deputy Clerk**

| UNITED STATES DISTRICT COURT | NORTHERN DISTRICT OF TEXAS |
|---|---|

M. L. Warren TTEE of
THE SOVO TRUST FOUNDATION

                Plaintiff(s)

CIVIL ACTION:_____

STEVEN LEWIS
HGREG LUX

                Defendant(s)

## ORDER TO SEIZE A VESSEL

1. The United States Marshal for the Northern District of Texas is ordered to:
    A. Seize the M.V. "<u>BLACK 2023 CADILLAC ESCALADE ESV VIN # 1GYS4JKL9PR241601</u>, her equipment and appearances;
    B. Serve a copy of the complaint and the warrant for the seizure on the person in possession of the vessel or his agent; and
    C. Return the warrant promptly.

The vessel may be released from seizure without a further order of this court if (a) the United States Marshal receives written authorization from the attorney who requested the seizure that he has conferred with attorneys representing all of the parties to the litigation and they consent to the release, (b) the attorney files the consent, and (c) the court has not entered an order to the contrary.

### CLERK OF COURT

Dated: _____      _____
                                                                     UNITED STATES JUDGE