UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-61311-CIV-SINGHAL

M.L. WARRANT TTEE OF THE SOVO
TRUST FOUNDATION,

    Plaintiff,

v.

STEVEN LEWIS OF H GREG LUX,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on Defendant's Motion to Dismiss (DE [17]) filed on August 6, 2024. No response to the motion has been filed and, therefore, the motion may be granted by default. *See* Local Rule 7.1(c)(1) (failure to respond to a motion within 14 days "may be deemed sufficient cause for granting the motion by default").

The Court will address one issue raised by Defendant and that is Plaintiff's *pro se* status. Plaintiff M.L. Warrant is suing as the trustee of the Sovo Trust Foundation. (DE [1]). An artificial entity such as a "trust cannot appear *pro se* and must be represented by counsel." *J.J. Rissell, Allentown, PA Tr. V. Marchelos,* 976 F.3d 1233, 1235 (11th Cir. 2020); *Chase Bank USA, N.A. v. Jacucci,* 2020 WL 10229080, at *1 (S.D. Fla. Jan. 17, 2022). The Trust plaintiff is not represented by counsel in this action and has not responded to Defendant's Motion to Dismiss. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion to Dismiss (DE [17]) is **GRANTED.** Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions. Plaintiff may file an Amended Complaint by **September 13, 2024.** Plaintiff may only appear

through an attorney who is a member of the Southern District of Florida Bar or who files a properly supported Motion to Appear *Pro Hac Vice.*

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 26th day of August 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF
And by US Mail to:

M.L. Warren *pro se*
PO Box 122432
Fort Worth TX 76121